UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


TORMU PRALL,
    Petitioner,

      v.                                 C.A. No. 14-176L

PROVIDENCE SUPERIOR COURT;
SIXTH DIVISION DISTRICT COURT;
WASHINGTON COUNTY SUPERIOR
COURT; FOURTH DIVISION
DISTRICT COURT,
    Respondents.



O R D E R


      This matter is before the Court on the Plaintiff's Objection
to the Report and Recommendation of Magistrate Judge Lincoln
Almond, dated May 15, 2014.  The Court has reviewed the record,
and Petitioner's Objection.  The Report and Recommendation hereby
is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B), for
the reasons stated therein.

ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge

June 19    , 2014